# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY CABOT TURNER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-CV-181 CAS |
| | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Frederick J. Buckles, filed February 10, 2006.  See 28 U.S.C. § 636(b).  The Magistrate Judge recommended that the decision of the Commissioner denying plaintiff's application for Disabilty Insurance Benefits pursuant to Title II of the Social Security Act, 42 U.S.C. 401, et seq. be affirmed.  Neither party has filed an objection to the recommendation.

After careful review of the matter, the Court concurs with the recommendation of the Magistrate Judge for the reasons set forth in the thorough and well-reasoned Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **sustained, adopted** and **incorporated** herein.  [Doc. 18]

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying plaintiff's application for Disabilty Insurance Benefits pursuant to Title II of the Social Security Act, 42 U.S.C. 401, <u>et</u> <u>seq</u>. is **AFFIRMED**.

An appropriate judgment will accompany this order.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 24th day of February, 2006.